**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1889**

---

FREDERIC DEON WASHINGTON,

        Plaintiff - Appellant,

    v.

VIRGINIA UNION UNIVERSITY,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:24-cv-00403-RCY)

---

Submitted:  November 25, 2025                 Decided:  December 1, 2025

---

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Frederic Deon Washington, Appellant Pro Se.  Heidi Elizabeth Siegmund, MCGUIREWOODS, LLP, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frederic Deon Washington seeks to appeal the district court's order dismissing his civil action for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on March 24, 2025, and the appeal period expired on April 23, 2025. Washington filed the notice of appeal on August 1, 2025. Because Washington failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we grant Appellee's motion to dismiss and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2